**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE:  VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>DOUG ANDRUS DISTRIBUTING LLC, *et al.*,<br><br>        Defendants. | **Case No. 0:11-cv-02553-DWF-SER**<br><br>**NOTICE OF DISMISSAL OF GORDON TRUCKING, INC. WITH PREJUDICE** |

  Plaintiff PJC Logistics, LLC hereby dismisses Defendant Gordon Trucking, Inc. with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, said defendant having neither served an answer nor a motion for summary judgment.

Respectfully submitted October 13, 2011.

                  */s/ Steven R. Daniels*
                  Steven R. Daniels
                  (Admitted *Pro Hac Vice*)
                  Farney Daniels LLP
                  800 S. Austin Avenue, Suite 200
                  Georgetown, TX  78626-5845
                  Telephone: 512-582-2820
                  Facsimile: 512-733-3623
                  sdaniels@farneydaniels.com

                  **Attorneys for Plaintiff**
                  **PJC Logistics, LLC**