**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE:  VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>                              Plaintiff,<br><br>v.<br><br>DOUG ANDRUS DISTRIBUTING LLC, *et al.*,<br><br>                              Defendants. | **Case No. 0:11-cv-02553-DWF-SER**<br><br>**NOTICE OF DISMISSAL OF MAY TRUCKING COMPANY WITH PREJUDICE** |

Plaintiff PJC Logistics, LLC hereby dismisses Defendant May Trucking Company with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, said defendant having neither served an answer nor a motion for summary judgment.

Respectfully submitted October 13, 2011.

>                                   */s/ Steven R. Daniels*
>                                   Steven R. Daniels
>                                   (Admitted *Pro Hac Vice)*
>                                   Farney Daniels LLP
>                                   800 S. Austin Avenue, Suite 200
>                                   Georgetown, TX  78626-5845
>                                   Telephone: 512-582-2820
>                                   Facsimile: 512-733-3623
>                                   sdaniels@farneydaniels.com
>
>                                   **Attorneys for Plaintiff
>                                   PJC Logistics, LLC**