**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE:  VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>                              Plaintiff,<br><br>v.<br><br>DOUG ANDRUS DISTRIBUTING LLC, *et al.*,<br><br>                              Defendants. | Case No. 0:11-cv-02553-DWF-SER<br><br>NOTICE OF DISMISSAL OF OAK HARBOR FREIGHT LINES, INC. WITH PREJUDICE |

Plaintiff PJC Logistics, LLC hereby dismisses Defendant Oak Harbor Freight Lines, Inc. with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, said defendant having neither served an answer nor a motion for summary judgment.

Respectfully submitted October 13, 2011.

*/s/ Steven R. Daniels*
Steven R. Daniels
(Admitted *Pro Hac Vice*)
Farney Daniels LLP
800 S. Austin Avenue, Suite 200
Georgetown, TX  78626-5845
Telephone: 512-582-2820
Facsimile: 512-733-3623
sdaniels@farneydaniels.com

**Attorneys for Plaintiff**
**PJC Logistics, LLC**

1