**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>DOUG ANDRUS DISTRIBUTING LLC, *et al.*,<br><br>                    Defendants. | Case No. 0:11-cv-02553-DWF-SER<br><br>NOTICE OF DISMISSAL OF WATKINS & SHEPARD TRUCKING, INC. WITH PREJUDICE |

Plaintiff PJC Logistics, LLC hereby dismisses Defendant Watkins & Shepard Trucking, Inc. with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, said defendant having neither served an answer nor a motion for summary judgment.

Respectfully submitted October 13, 2011.

>  */s/ Steven R. Daniels*
>  Steven R. Daniels
>  (Admitted *Pro Hac Vice)*
>  Farney Daniels LLP
>  800 S. Austin Avenue, Suite 200
>  Georgetown, TX  78626-5845
>  Telephone: 512-582-2820
>  Facsimile: 512-733-3623
>  sdaniels@farneydaniels.com
>
>  **Attorneys for Plaintiff**
>  **PJC Logistics, LLC**

1