Bradley M. Ganz, OSB 94076
Lloyd L. Pollard II, OSB 07490
Ganz Law, P.C.
163 SE 2nd Avenue
Hillsboro, OR 97124
(503) 844-9009
mail@ganzlaw.com

R. Mark Dietz
Dietz & Jarrard, P.C.
106 Fannin Avenue East
Round Rock, TX 78664
(512) 244-9314
rmdietz@lawdietz.com

Steven R. Daniels
Farney Daniels, LLP
800 S. Austin, Suite 200
Georgetown, TX 78626
(512) 582-2820
sdaniels@farneydaniels.com

Attorneys for Plaintiff PJC Logistics, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA  _____

| | |
|---|---|
| PJC Logistics, LLC | **NOTICE OF WITHDRAWAL OF COUNSEL PURSUANT TO LR 83.7(a)** |
| Plaintiff(s) | Case No:    011:-CV-02553-DWF-SER |
| v. | |
| Doug Andrus Distributing, LLC et al | |
| Defendant(s) | |

The undersigned attorney for Plaintiff, PJC Logistics LLC, files this Notice of Withdrawal pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota. Multiple attorneys have appeared on behalf of Plaintiff and at least one of those attorneys will still be Plaintiff's counsel of record after the undersigned withdraws.  Thus, withdrawal pursuant to Rule 83.7(a) is proper.

Dated:  October 18, 2011

/s/Bradley M. Ganz
Bradley M. Ganz, OSB 94076

Ganz Law, PC
163 SE 2nd Avenue
Hillsboro, Oregon 97123
(503) 844-9009
mail@ganzlaw.com

R. Mark Dietz
Dietz & Jarrard, P.C.
106 Fannin Avenue East
Round Rock, TX 78664
(512) 244-9314
rmdietz@lawdietz.com

Steven R. Daniels
Farney Daniels, LLP
800 S. Austin, Suite 200
Georgetown, TX 78626
(512) 582-2820
sdaniels@farneydaniels.com

*Attorneys for Plaintiff PJC Logistics, LLC*