**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>DOUG ANDRUS DISTRIBUTING LLC, *et al.*,<br><br>        Defendants. | **Case No. 0:11-cv-02553-DWF-SER**<br><br>**NOTICE OF DISMISSAL OF THE WAGGONERS TRUCKING WITHOUT PREJUDICE** |

  Plaintiff PJC Logistics, LLC hereby dismisses Defendant The Waggoners Trucking without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, said defendant having neither served an answer nor a motion for summary judgment.

Respectfully submitted October 21, 2011.

              */s/ Steven R. Daniels*
              Steven R. Daniels
              (Admitted *Pro Hac Vice)*
              Farney Daniels LLP
              800 S. Austin Avenue, Suite 200
              Georgetown, TX  78626-5845
              Telephone: 512-582-2820
              Facsimile: 512-733-3623
              sdaniels@farneydaniels.com

              **Attorneys for Plaintiff**
              **PJC Logistics, LLC**