IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>                    Plaintiff,<br><br>      vs.<br><br>DOUG ANDRUS DISTRIBUTING LLC; GORDON TRUCKING, INC. (GTI); GULICK TRUCKING, INC.; INTERSTATE CARRIER EXPRESS; INTERSTATE DISTRIBUTOR CO.; MARKET TRANSPORT, LTD.; MAY TRUCKING COMPANY; MTS FREIGHT; OAK HARBOR FREIGHT LINES, INC.; PENINSULA TRUCK LINES, INC.; REDDAWAY; SAMMONS TRUCKING; THE WAGGONERS TRUCKING; and WATKINS & SHEPARD TRUCKING, INC.,<br>                    Defendants. | Case No. 0:11-cv-02553-DWF-SER<br><br>(Transferred from the District of Oregon, Civil Action No. 3:11-cv-0337-AC)<br><br>**NOTICE OF DISMISSAL OF MTS FREIGHT WITHOUT PREJUDICE** |

      Plaintiff PJC Logistics, LLC hereby dismisses Defendant MTS Freight without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, said defendant having neither served an answer nor a motion for summary judgment.

                                                                               Respectfully submitted,

Dated: November 15, 2011                        */s/ Steven R. Daniels*
                                                                       Steven R. Daniels
                                                                       (*Admitted Pro Hac Vice*)
                                                                       Texas State Bar No. 24025318
                                                                       Farney Daniels LLP
                                                                       800 S. Austin Ave., Suite 200
                                                                       Georgetown, TX 78626
                                                                       Telephone: (512) 582-2828
                                                                       Facsimile: (512) 582-2829
                                                                       E-mail: sdaniels@farneydaniels.com
                                                                       *Attorneys for Plaintiff PJC Logistics, LLC*