## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>                               Plaintiff,<br><br>                vs.<br><br>DOUG ANDRUS DISTRIBUTING LLC; GORDON TRUCKING, INC. (GTI); GULICK TRUCKING, INC.;  INTERSTATE CARRIER EXPRESS; INTERSTATE DISTRIBUTOR CO.; MARKET TRANSPORT, LTD.; MAY TRUCKING COMPANY; MTS FREIGHT; OAK HARBOR FREIGHT LINES, INC.; PENINSULA TRUCK LINES, INC.; REDDAWAY; SAMMONS TRUCKING; THE WAGGONERS TRUCKING; and WATKINS & SHEPARD TRUCKING, INC.,<br>                               Defendants. | Case No. 0:11-cv-02553-DWF-SER<br><br>(Transferred from the District of Oregon, Civil Action No. 3:11-cv-0337-AC)<br><br>**NOTICE OF DISMISSAL OF DOUG ANDRUS DISTRIBUTING, LLC WITHOUT PREJUDICE** |

Plaintiff PJC Logistics, LLC hereby dismisses Defendant Doug Andrus Distributing, LLC without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, said defendant having neither served an answer nor a motion for summary judgment.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: November 15, 2011 | */s/ Steven R. Daniels*<br>Steven R. Daniels<br>(*Admitted Pro Hac Vice*)<br>Texas State Bar No. 24025318<br>Farney Daniels LLP<br>800 S. Austin Ave., Suite 200<br>Georgetown, TX  78626<br>Telephone: (512) 582-2828<br>Facsimile: (512) 582-2829<br>E-mail: sdaniels@farneydaniels.com<br>*Attorneys for Plaintiff PJC Logistics, LLC* |