**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |
| PJC LOGISTICS, LLC,<br><br>                    Plaintiff,<br><br>          vs.<br><br>DOUG ANDRUS DISTRIBUTING LLC; GORDON TRUCKING, INC. (GTI); GULICK TRUCKING, INC.; INTERSTATE CARRIER EXPRESS; INTERSTATE DISTRIBUTOR CO.; MARKET TRANSPORT, LTD.; MAY TRUCKING COMPANY; MTS FREIGHT; OAK HARBOR FREIGHT LINES, INC.; PENINSULA TRUCK LINES, INC.; REDDAWAY; SAMMONS TRUCKING; THE WAGGONERS TRUCKING; and WATKINS & SHEPARD TRUCKING, INC.,<br>                    Defendants. | Case No. 0:11-cv-02553-DWF-SER<br><br>(Transferred from the District of Oregon, Civil Action No. 3:11-cv-0337-AC)<br><br>**NOTICE OF WITHDRAWL**<br>**OF COUNSEL PURSUANT TO RULE 83.7(a)** |

The undersigned attorney for Plaintiff, PJC Logistics LLC, files this Notice of Withdrawal pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota. Multiple attorneys have appeared on behalf of Plaintiff and Steven R. Daniels will remain Plaintiff's counsel of record after Bradley M. Ganz and Lloyd L. Pollard, II withdraw. Thus, withdrawal pursuant to Rule 83.7(a) is proper.

Dated: December 14, 2011

*/s/ Steven R. Daniels*
Steven R. Daniels
(*Admitted Pro Hac Vice*)
Texas State Bar No. 24025318
Farney Daniels LLP
800 S. Austin Ave., Suite 200
Georgetown, TX  78626
Telephone: (512) 582-2828
Facsimile: (512) 582-2829
sdaniels@farneydaniels.com

/s/ *Bradley M. Ganz*
Bradley M. Ganz, OSB 94076

/s/ *Lloyd L. Pollard, II*
Lloyd L. Pollard, II, OSB 07490
Ganz Law, PC
163 SE 2nd Avenue
Hillsboro, Oregon 97123
(503) 844-9009
mail@ganzlaw.com

R. Mark Dietz
Dietz & Jarrard, P.C.
106 Fannin Avenue East
Round Rock, TX 78664
(512) 244-9314
rmdietz@lawdietz.com

*Attorneys for Plaintiff PJC Logistics, LLC*