IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>                      Plaintiff,<br><br>vs.<br><br>DOUG ANDRUS DISTRIBUTING LLC, *et al.*,<br><br>                      Defendants. | Case No. 0:11-cv-02553-DWF-SER<br><br>(Transferred from District of Oregon, Civil Action No. 3:11-cv-00337)<br><br>**STIPULATION FOR DISMISSAL OF USF REDDAWAY INC. WITHOUT PREJUDICE** |

      Plaintiff PJC Logistics, LLC and Defendant USF REDDAWAY INC. hereby stipulate to the dismissal without prejudice of all claims against Defendant USF REDDAWAY INC. and against Plaintiff PJC Logistics, LLC pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Accordingly, PJC Logistics, LLC voluntarily dismisses USF REDDAWAY INC. and USF REDDAWAY INC. voluntarily dismisses PJC Logistics, LLC without prejudice by this stipulation, pursuant to Rule 41(a)(1)(A)(ii).

                                                          Respectfully submitted,

Dated:  \_February 28, 2012_____       /s/ *Steven R. Daniels*_____
                                                          Steven R. Daniels
                                                          (Admitted *Pro Hac Vice*)
                                                          Texas State Bar No. 24025318
                                                         Farney Daniels LLP
                                                         800 S. Austin Ave., Suite 200
                                                         Georgetown, TX 78626
                                                         Telephone: (512) 582-2828
                                                         Facsimile:  (512) 582-2829
                                                         E-mail: sdaniels@farneydaniels.com

                                                         **ATTORNEYS FOR PLAINTIFF**
                                                         **PJC LOGISTICS, LLC**

2

Dated:   February 28, 2012                        /s/ *Laura J. Borst*
Laura J. Borst (Minnesota State Bar 032548X)
lborst@fulbright.com
Roy Lo (Minnesota State Bar 0391615)
rlo@fulbright.com
Fulbright & Jaworski, L.L.P.
2100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2112
(612) 321- 2800

OF COUNSEL:
James W. Repass
Fulbright & Jaworski, L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010
(713) 651-5151
jrepass@fulbright.com

**Attorneys for Defendant
USF Reddaway Inc.**